

RECEIVED
MAR 17 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **CHRISTOPHER CHARLES EARLY**<br>    LA. DOC #299387<br>VS. | CIVIL ACTION NO. 09-2152<br><br>SECTION P<br><br>JUDGE WALTER |
| **LOUISIANA DEPARTMENT OF**<br>**PUBLIC SAFETY & CORRECTIONS, ET AL.** | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the complaint, insofar as it seeks monetary damages pursuant to 42 U.S.C. §1983 be **DISMISSED WITH PREJUDICE** as frivolous until such time that plaintiff can demonstrate that his sentence computation has been invalidated;

**IT IS FURTHER ORDERED** that the complaint, insofar as it seeks *habeas corpus* relief pursuant to 28 U.S.C. §2254 be **DISMISSED WITHOUT PREJUDICE** because plaintiff did not exhaust available state court remedies prior to filing his federal suit.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 17 day of March, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE